**FILED**

MAY 10 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF<br><br>Plaintiffs<br><br>v.<br><br>MICHAEL CHERTOFF, et al.<br><br>Defendants. | No. C 07-2345 WDB<br><br>ORDER TRANSFERRING CASE TO SAN JOSE DIVISION OF THE NORTHERN DISTRICT OF CALIFORNIA PURSUANT TO CIVIL LOCAL RULE 3-2(f) |

TO ALL PARTIES AND COUNSEL OF RECORD:

Because Plaintiffs reside in San Jose and their complaint arises from events that occurred within San Jose, the Court finds that this action arose within Santa Clara County for the purposes of Civil Local Rule 3-2(e). Accordingly, pursuant to Civil Local Rule 3-2(f), the Court hereby ORDERS that this case be transferred to the San Jose Division of the Northern District of California.

The **CASE MANAGEMENT CONFERENCE** scheduled for August 6, 2007, at 4:00 p.m. will **NOT** be held.

Plaintiffs are hereby ordered to serve a copy of this order on all parties.

IT IS SO ORDERED.

Dated: May 10, 2007

WAYNE D. BRAZIL
United States Magistrate Judge

Copies to:
Plaintiffs with direction to serve all parties, WDB, stats

1