*E-filed 5/16/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE, et al., <br><br> Plaintiffs, <br> v. <br> MICHAEL CHERTOFF, et al., <br><br> Defendants. | Case No. C07-02345 HRL <br><br> **ORDER ESTABLISHING CASE SCHEDULE** |

The Initial Case Management Conference, originally set for August 6, 2007, is hereby continued to **August 7, 2007 at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California, 95113. The other dates in the original Order Setting Initial Case Management Conference and ADR Deadlines are similarly adjusted by one day. Parties may obtain copies of all of Judge Lloyd's standing orders from the clerk of the court, or from Judge Lloyd's page on the court's website (www.cand.uscourts.gov).

**IT IS SO ORDERED.**

Dated: 5/16/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

Zakaria F. Idle
1025 McKay Drive
Apt. 44
San Jose, CA 95131

Arfon Sheriff
1025 McKay Drive
San Jose, CA 95131

Dated: 5/16/07

                                      /s/  JMM
                              Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California