SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); ALBERTO GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director of USCIS; PAUL NOVAK, Director Vermont Service Center of USCIS; GERARD HEINAUER, Director Nebraska Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, CONDOLEEZZA RICE, Secretary of the Department of State,<br><br>    Defendants. | No. C 07-2345 HRL<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 30, 2007. Defendants' response is currently due

Stip. to Extend
C07-2345 HRL                                                    1

1  on July 3, 2007.

2  2. Pursuant to this Court's May 16, 2007 Order Setting the Case Management Conference, the
3  parties are required to file a joint case management statement on June 31, 2007, and attend a case
4  management conference on August 7, 2007.

5  3. In order to allow sufficient time for Defendants to consider an alternative resolution to this
6  case and/or Answer and prepare a joint case management statement, the parties hereby respectfully
7  ask this Court to extend the dates in the Court's scheduling order as follows:

8  Last day to file Defendants' Answer:              August 3, 2007
9  Last day to file Joint ADR Certification:         August 14, 2007
10 Last day to file/serve Joint Case Management Statement:   August 28, 2007
11 Case Management Conference:                       September 4, 2007, at 1:30 p.m.

12 Date: July ___, 2007                              Respectfully submitted,

13                                                   SCOTT N. SCHOOLS
                                                     United States Attorney
14

15

16                                                   EDWARD A. OLSEN
                                                     Assistant United States Attorney
17                                                   Attorneys for Defendants

18

19 Date: July ___, 2007                              ZAKARIA F. IDLE
                                                     ARFON M. SHERIFF
20

21                              **ORDER**

22    Pursuant to stipulation, IT IS SO ORDERED.

23

24 Date:
                                                     _____
25                                                   HOWARD R. LLOYD
                                                     United States Magistrate Judge
26

27

28

Stip. to Extend
C07-2345 HRL                        2