1 SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 Assistant United States Attorney

5   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
6   Telephone: (415) 436-6915
    FAX: (415) 436-6927
7

8 Attorneys for Defendants

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,   )
                                           ) No. C 07-2345 HRL
13              Plaintiffs,                )
                                           )
14       v.                                )
                                           ) **PARTIES' CONSENT TO MAGISTRATE**
15 MICHAEL CHERTOFF, Secretary of the      ) **JUDGE JURISDICTION**
   Department of Homeland Security (DHS);  )
16 ALBERTO GONZALES, United States         )
   Attorney General;                       )
17 EMILIO T. GONZALEZ, Director of United  )
   States Citizenship and Immigration Services )
18 (USCIS);                                )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                               )
   PAUL NOVAK, Director Vermont Service    )
20 Center of USCIS;                        )
   GERARD HEINAUER, Director Nebraska      )
21 Service Center of USCIS;                )
   ROBERT S. MUELLER, III, Director of     )
22 Federal Bureau of Investigation,        )
   CONDOLEEZZA RICE, Secretary of the      )
23 Department of State,                    )
                                           )
24              Defendants.                )
                                           )
25 _____ )

26     In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the Plaintiffs

27 and the Defendants in this case hereby voluntarily consent to have a United States Magistrate Judge

28 conduct any and all further proceedings in the case, including trial, and order the entry of a final

Consent to Magistrate Jurisdiction
C07-2345 HRL                                        1

1 | judgment.

2 | Date: July 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

9 | Date: July ____, 2007

ZAKARIA P. IDLE
ARFON M. SHERIFF
*Pro Se*

Consent to Magistrate Jurisdiction
C07-2345 HRL                                2