| | |
|---|---|
| SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney<br>JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney<br>Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150<br>Assistant United States Attorney | *E-filed 7/5/07* |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF,<br><br>   Plaintiffs,<br><br>   v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS);<br>ALBERTO GONZALES, United States Attorney General;<br>EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS);<br>DAVID STILL, San Francisco District Director of USCIS;<br>PAUL NOVAK, Director Vermont Service Center of USCIS;<br>GERARD HEINAUER, Director Nebraska Service Center of USCIS;<br>ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation,<br>CONDOLEEZZA RICE, Secretary of the Department of State,<br><br>   Defendants. | No. C 07-2345 HRL<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff filed this action on or about April 30, 2007. Defendants' response is currently due

Stip. to Extend
C07-2345 HRL                                             1

on July 3, 2007.

    2. Pursuant to this Court's May 16, 2007 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on June 31, 2007, and attend a case management conference on August 7, 2007.

    3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | August 3, 2007 |
| Last day to file Joint ADR Certification: | August 14, 2007 |
| Last day to file/serve Joint Case Management Statement: | August 28, 2007 |
| Case Management Conference: | September 4, 2007, at 1:30 p.m. |

Date: July ___, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: July ___, 2007

ZAKARIA F. IDLE
ARFON M. SHERIFF

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 7/5/07



IT IS SO ORDERED
Judge Howard R. Lloyd
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA