SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); ALBERTO GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director of USCIS; PAUL NOVAK, Director Vermont Service Center of USCIS; GERARD HEINAUER, Director Nebraska Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, CONDOLEEZZA RICE, Secretary of the Department of State,<br><br>Defendants. | No. C 07-2345 HRL<br><br>**SECOND STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zarkaria

1  Idle and Faruk Farah.

2     2.  Plaintiff Zarkaria Idle's I-730 petition have been approved.

3     3.  In order to allow sufficient time for USCIS to complete the processing of Faruk Farah's I-
4  730 petition and obtain his travel document, the parties hereby respectfully ask this Court to extend
5  the dates in the Court's scheduling order as follows:

6     Last day to file Defendants' Answer:				September 4, 2007
7     Last day to file Joint ADR Certification:			September 11, 2007
8     Last day to file/serve Joint Case Management Statement:	September 25, 2007
9     Case Management Conference:				October 2, 2007, at 1:30 p.m.

10  Date: August 6, 2007				Respectfully submitted,

11  						SCOTT N. SCHOOLS
						United States Attorney
12

13  						    /s/
						_____
14  						EDWARD A. OLSEN
						Assistant United States Attorney
						Attorneys for Defendants
15

16

17  Date: August 6, 2007				    /s/
						ZAKARIA F. IDLE
						ARFON M. SHERIFF
18						*Pro Se*

19
						**ORDER**
20
   Pursuant to stipulation, IT IS SO ORDERED.
21

22  Date:						_____
						HOWARD R. LLOYD
23						United States Magistrate Judge

24

25

26

27

28

Stip. to Extend
C07-2345 HRL					2