*E-filed 8/7/07*

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927

8  Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF, | No. C 07-2345 HRL |
| Plaintiffs, | |
| v. | **SECOND STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND ORDER** |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); ALBERTO GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director of USCIS; PAUL NOVAK, Director Vermont Service Center of USCIS; GERARD HEINAUER, Director Nebraska Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, CONDOLEEZZA RICE, Secretary of the Department of State, | |
| Defendants. | |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zarkaria

Stip. to Extend
C07-2345 HRL                                    1

1 | Idle and Faruk Farah.

2 | 2. Plaintiff Zarkaria Idle's I-730 petition have been approved.

3 | 3. In order to allow sufficient time for USCIS to complete the processing of Faruk Farah's I-730 petition and obtain his travel document, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | September 4, 2007 |
| Last day to file Joint ADR Certification: | September 11, 2007 |
| Last day to file/serve Joint Case Management Statement: | September 25, 2007 |
| Case Management Conference: | October 2, 2007, at 1:30 p.m. |

Date: August 6, 2007                Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants



_____/s/_____
Date: August 6, 2007                ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/7/07

_____
HOWARD R. LLOYD
United States Magistrate Judge