SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); ALBERTO GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director of USCIS; PAUL NOVAK, Director Vermont Service Center of USCIS; GERARD HEINAUER, Director Nebraska Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, CONDOLEEZZA RICE, Secretary of the Department of State,<br><br>Defendants. | No. C 07-2345 HRL<br><br>**THIRD STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria Idle

Stip. to Extend
C07-2345 HRL                    1

1 | and Faruk Farah.

2 |     2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS.

3 |     3. Plaintiff Faruk Farah's I-730 petition has been approved by USCIS.

4 |     4. In order to allow sufficient time for the Department of State to forward Faruk Farah's

5 | approval to the U.S. Consulate for final processing of his travel documents, the parties hereby

6 | respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

7 |     Last day to file Defendants' Answer:      November 1, 2007

8 |     Last day to file Joint ADR Certification:      November 13, 2007

9 |     Last day to file/serve Joint Case Management Statement:      November 27, 2007

10 |     Case Management Conference:      December 4, 2007, at 1:30 p.m.

11 | Date: September 4, 2007      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

18 | Date: September 4, 2007

ZAKARIA F. IDLE
ARFON M. SHERIFF
Pro Se

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

23 | Date:

HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Extend
C07-2345 HRL      2