*E-filed 9/6/07*

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,  )
                                          ) No. C 07-2345 HRL
13              Plaintiffs,               )
                                          )
14       v.                               )
                                          ) **THIRD STIPULATION TO EXTEND**
15 MICHAEL CHERTOFF, Secretary of the     ) **DATE OF CASE MANAGEMENT**
   Department of Homeland Security (DHS); ) **CONFERENCE; AND ORDER**
16 ALBERTO GONZALES, United States        )
   Attorney General;                      )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services )
18 (USCIS);                               )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                              )
   PAUL NOVAK, Director Vermont Service   )
20 Center of USCIS;                       )
   GERARD HEINAUER, Director Nebraska     )
21 Service Center of USCIS;               )
   ROBERT S. MUELLER, III, Director of    )
22 Federal Bureau of Investigation,       )
   CONDOLEEZZA RICE, Secretary of the     )
23 Department of State,                   )
                                          )
24              Defendants.               )
                                          )
25

26     The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record,

27 hereby stipulate, subject to the approval of the Court, to the following:

28     1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria Idle

Stip. to Extend
C07-2345 HRL                              1

1 | and Faruk Farah.

2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS.

3. Plaintiff Faruk Farah's I-730 petition has been approved by USCIS.

4. In order to allow sufficient time for the Department of State to forward Faruk Farah's approval to the U.S. Consulate for final processing of his travel documents, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                    November 1, 2007
Last day to file Joint ADR Certification:               November 13, 2007
Last day to file/serve Joint Case Management Statement: November 27, 2007
Case Management Conference:                             December 4, 2007, at 1:30 p.m.

Date: September ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: September 4, 2007

ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/6/07

HOWARD R. LLOYD
United States Magistrate Judge

Stip. to Extend
C07-2345 HRL                       2