1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,    )
                                            )  No. C 07-2345 HRL
13                Plaintiffs,               )
                                            )
14         v.                               )
                                            )  **PROOF OF SERVICE**
15 MICHAEL CHERTOFF, Secretary of the       )
   Department of Homeland Security (DHS);   )
16 ALBERTO GONZALES, United States          )
   Attorney General;                        )
17 EMILIO T. GONZALEZ, Director of United   )
   States Citizenship and Immigration Services )
18 (USCIS);                                 )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                                )
   PAUL NOVAK, Director Vermont Service     )
20 Center of USCIS;                         )
   GERARD HEINAUER, Director Nebraska       )
21 Service Center of USCIS;                 )
   ROBERT S. MUELLER, III, Director of      )
22 Federal Bureau of Investigation,         )
   CONDOLEEZZA RICE, Secretary of the       )
23 Department of State,                     )
                                            )
24                Defendants.               )
                                            )
25

26     The undersigned hereby certifies that she is an employee of the Office of the United States

27 Attorney for the Northern District of California and is a person of such age and discretion to be

28 competent to serve papers. The undersigned further certifies that she caused a copy of the

Proof of Service
C07-2345 HRL                               1

1 | **ANSWER** electronically filed on November 2, 2007, and this **Proof of Service** to be served this
2 | date by mail upon the person at the address stated below, which is the last known address:
3 | Zakaria Idle
  | Arfon Sheriff
4 | P.O. Box 612071
  | San Jose, CA 95161-2071
5 |
6 |   I declare under penalty of perjury under the laws of the United States that the foregoing is
  | true and correct.
7 |
  | Dated: November 3, 2007                               _____/s/_____
8 |                                                        TIFFANI CHIU
  |                                                        Paralegal Specialist

Proof of Service
C07-2345 HRL                              2