1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927

7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,   )
                                            ) No. C 07-2345 HRL
13         Plaintiffs,                      )
                                            )
14     v.                                   )
                                            ) **ADR CERTIFICATION**
15 MICHAEL CHERTOFF, Secretary of the       )
   Department of Homeland Security (DHS);   )
16 ALBERTO GONZALES, United States          )
   Attorney General;                        )
17 EMILIO T. GONZALEZ, Director of United   )
   States Citizenship and Immigration Services )
18 (USCIS);                                 )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                                )
   PAUL NOVAK, Director Vermont Service     )
20 Center of USCIS;                         )
   GERARD HEINAUER, Director Nebraska       )
21 Service Center of USCIS;                 )
   ROBERT S. MUELLER, III, Director of      )
22 Federal Bureau of Investigation,         )
   CONDOLEEZZA RICE, Secretary of the       )
23 Department of State,                     )
                                            )
24         Defendants.                      )
                                            )
25 _____  )

26     **SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

27     Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she

28 has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of

ADR Certification
C07-2345 HRL                              1

1  California," or the specified portions of the ADR Unit's Internet site
2  <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the
3  court and private entities, and considered whether this case might benefit from any of them.
4     *(Note: This Certification must be signed by each party and its counsel.)*
5  Date: November 14, 2007

        Respectfully submitted,

        SCOTT N. SCHOOLS
        United States Attorney

        */s/ Melanie Proctor for*
        EDWARD A. OLSEN
        Assistant United States Attorney
        Attorneys for Defendants

12  Date: November 14, 2007

        ZAKARIA F. IDLE
        ARFON M. SHERIFF
        *Pro Se*

ADR Certification
C07-2345 HRL         2