1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,  )
                                          ) No. C 07-2345 HRL
13                Plaintiffs,             )
                                          )
14           v.                           )
                                          ) **NOTICE OF NEED FOR ADR**
15 MICHAEL CHERTOFF, Secretary of the     ) **PHONE CONFERENCE [ADR L.R. 3-5]**
   Department of Homeland Security (DHS); )
16 ALBERTO GONZALES, United States        )
   Attorney General;                      )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services )
18 (USCIS);                               )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                              )
   PAUL NOVAK, Director Vermont Service   )
20 Center of USCIS;                       )
   GERARD HEINAUER, Director Nebraska     )
21 Service Center of USCIS;               )
   ROBERT S. MUELLER, III, Director of    )
22 Federal Bureau of Investigation,       )
   CONDOLEEZZA RICE, Secretary of the     )
23 Department of State,                   )
                                          )
24                Defendants.             )
                                          )
25

26     The parties have not reached an agreement to an ADR process.

27     Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program

28 Counsel before the case management conference.

Notice of Need for ADR Phone Conference
C07-2345 HRL                                      1

1 | Last day to file Joint Case Management Statement:    November 27, 2007

2 | Date of Initial Case Management Conference:    December 4, 2007

3 | The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | Fax No. |
|---|---|---|---|
| Edward Olsen | Defendants | (415) 436-6915 | (415) 436-6927 |
| Zakaria Idle | Pro se | (408) 945-1152 | |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Petitioner's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:** _____    **Time:** _____ **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:** _____    _____
                              **ADR Case Administrator**

Notice of Need for ADR Phone Conference
C07-2312 JCS                              2