1  SCOTT N. SCHOOLS, SC SBN 9990  
   United States Attorney  
2  JOANN M. SWANSON, CSBN 88143  
   Assistant United States Attorney  
3  Chief, Civil Division  
   EDWARD OLSEN, CSBN 214150  
4  Assistant United States Attorney  

*E-filed 11/28/07*

5  450 Golden Gate Avenue, Box 36055  
   San Francisco, California 94102  
6  Telephone: (415) 436-6915  
   FAX: (415) 436-6927  

7

8  Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                         SAN JOSE DIVISION

12  ZAKARIA F. IDLE and ARFON M. SHERIFF,  )
                                            )  No. C 07-2345 HRL
13           Plaintiffs,                    )
                                            )
14      v.                                  )
                                            )  **FOURTH STIPULATION TO EXTEND**
15  MICHAEL CHERTOFF, Secretary of the      )  **DATE OF CASE MANAGEMENT**
    Department of Homeland Security (DHS);  )  **CONFERENCE; AND ORDER**
16  ALBERTO GONZALES, United States         )
    Attorney General;                       )
17  EMILIO T. GONZALEZ, Director of United  )
    States Citizenship and Immigration Services )
18  (USCIS);                                )
    DAVID STILL, San Francisco District Director )
19  of USCIS;                               )
    PAUL NOVAK, Director Vermont Service    )
20  Center of USCIS;                        )
    GERARD HEINAUER, Director Nebraska      )
21  Service Center of USCIS;                )
    ROBERT S. MUELLER, III, Director of     )
22  Federal Bureau of Investigation,        )
    CONDOLEEZZA RICE, Secretary of the      )
23  Department of State,                    )
                                            )
24           Defendants.                    )
                                            )
25  _____

26      The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record,

27  hereby stipulate, subject to the approval of the Court, to the following:

28      1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

Fourth Stip. to Extend  
C07-2345 HRL                             1

Idle and Faruk Farah.

2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS.

3. Plaintiff Faruk Farah's I-730 petition has been approved by USCIS.

4. The USCIS forwarded the approval packet of Plaintiff Farah to the American Embassy in Nairobi.

5. The American Embassy in Nairobi scheduled a prescreening interview for Plaintiff Farah on September 24, 2007; however, the Plaintiff did not appear because he apparently did not receive the notice. In order to allow sufficient time for the Department of State to reschedule the presceening interview, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:    January 8, 2008

Case Management Conference:    January 15, 2008, at 1:30 p.m.

Date: November 27, 2007    Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

/s/
Date: November 27, 2007    ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/28/07

HOWARD R. LLOYD
United States Magistrate Judge

Fourth Stip. to Extend
C07-2345 HRL    2