1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF, ) | No. C 07-2345 HRL |
| Plaintiffs, ) | |
| v. ) | **FIFTH STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |
| MICHAEL CHERTOFF, Secretary of the ) Department of Homeland Security (DHS); ) ALBERTO GONZALES, United States ) Attorney General; ) EMILIO T. GONZALEZ, Director of United ) States Citizenship and Immigration Services ) (USCIS); ) DAVID STILL, San Francisco District Director ) of USCIS; ) PAUL NOVAK, Director Vermont Service ) Center of USCIS; ) GERARD HEINAUER, Director Nebraska ) Service Center of USCIS; ) ROBERT S. MUELLER, III, Director of ) Federal Bureau of Investigation, ) CONDOLEEZZA RICE, Secretary of the ) Department of State, ) ) Defendants. ) | |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

Fifth Stip. to Extend
C07-2345 HRL                                        1

Idle and Faruk Farah.

2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS.

3. Plaintiff Faruk Farah's I-730 petition has been approved by USCIS.

4. Plaintiff Farah attended a prescreening interview on December 17, 2007.

5. Plaintiff was informed that a second interview was required.

6. Due to the current upheaval in Kenya, the Department of State has not yet scheduled a second interview. Therefore, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file/serve Joint Case Management Statement:   March 4, 2008

Case Management Conference:   March 11, 2008, at 1:30 p.m.

Date: January 8, 2008   Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: January 9, 2008   _____/s/_____
ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   _____
HOWARD R. LLOYD
United States Magistrate Judge

Fifth Stip. to Extend
C07-2345 HRL                    2