
1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7

8  Attorneys for Defendants

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    SAN JOSE DIVISION

12 ZAKARIA F. IDLE and ARFON M. SHERIFF,  )
                                          ) No. C 07-2345 HRL
13            Plaintiffs,                 )
                                          )
14       v.                               )
                                          ) **SIXTH STIPULATION TO EXTEND**
15 MICHAEL CHERTOFF, Secretary of the     ) **DATE OF CASE MANAGEMENT**
   Department of Homeland Security (DHS); ) **CONFERENCE; AND [PROPOSED]**
16 ALBERTO GONZALES, United States        ) **ORDER**
   Attorney General;                      )
17 EMILIO T. GONZALEZ, Director of United )
   States Citizenship and Immigration Services )
18 (USCIS);                               )
   DAVID STILL, San Francisco District Director )
19 of USCIS;                              )
   PAUL NOVAK, Director Vermont Service   )
20 Center of USCIS;                       )
   GERARD HEINAUER, Director Nebraska     )
21 Service Center of USCIS;               )
   ROBERT S. MUELLER, III, Director of    )
22 Federal Bureau of Investigation,       )
   CONDOLEEZZA RICE, Secretary of the     )
23 Department of State,                   )
                                          )
24            Defendants.                 )
                                          )
25

26     The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record,

27 hereby stipulate, subject to the approval of the Court, to the following:

28     1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

SIXTH STIPULATION TO EXTEND
C07-2345 HRL                              1

1  Idle and Faruk Farah.

2  2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS and he has been issued
3  travel documents

4  3. Faruk Farah's I-730 petition has been approved by USCIS, but he has not yet been issued
5  travel documents.

6  4. Faruk Farah attended a prescreening interview in Kenya on December 17, 2007.

7  5. At that interview, Faruk Farah was informed that a second interview was required.

8  6. Faruk Farah attended a second interview in Kenya on February 28, 2008, and, barring any
9  unforeseen circumstances, he will travel to the United States within the next 8 weeks.

10  7. A case management conference is currently scheduled for March 11, 2008, at 1:30 p.m.

11  8. In light of the reasonable probability that this case will be moot in the next 8 weeks, the
12  parties ask this Court to extend the case management conference to June 10, 2008.

13  9. If this case becomes moot, the parties will promptly notify the Court.

14  10. If this case does not become moot, the parties will file a joint case management statement
15  on June 3, 2008.

16  11. The parties recognize that this is their sixth request for an extension of the case
17  management conference, and thank the Court for its patience in this matter.

Date: March 4, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: March 4, 2008

ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

SIXTH STIPULATION TO EXTEND
C07-2345 HRL                                                    2

1
2                           **ORDER**
3        Pursuant to stipulation, IT IS SO ORDERED.
4
5
  Date:                                    _____
6                                          HOWARD R. LLOYD
                                           United States Magistrate Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SIXTH STIPULATION TO EXTEND
C07-2345 HRL                              3