*E-filed 6/6/08*

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF, | ) | |
| | ) | No. C 07-2345 HRL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **SEVENTH STIPULATION TO EXTEND** |
| MICHAEL CHERTOFF, Secretary of the | ) | **DATE OF CASE MANAGEMENT** |
| Department of Homeland Security (DHS); | ) | **CONFERENCE; AND [PROPOSED]** |
| ALBERTO GONZALES, United States | ) | **ORDER** |
| Attorney General; | ) | |
| EMILIO T. GONZALEZ, Director of United | ) | |
| States Citizenship and Immigration Services | ) | |
| (USCIS); | ) | |
| DAVID STILL, San Francisco District Director | ) | |
| of USCIS; | ) | |
| PAUL NOVAK, Director Vermont Service | ) | |
| Center of USCIS; | ) | |
| GERARD HEINAUER, Director Nebraska | ) | |
| Service Center of USCIS; | ) | |
| ROBERT S. MUELLER, III, Director of | ) | |
| Federal Bureau of Investigation, | ) | |
| CONDOLEEZZA RICE, Secretary of the | ) | |
| Department of State, | ) | |
| | ) | |
| Defendants. | ) | |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

SEVENTH STIPULATION TO EXTEND
C07-2345 HRL                                                          1

1  Idle and Faruk Farah.

2.  Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS and he has been issued travel documents

3.  Faruk Farah's I-730 petition has been approved by USCIS, but he has not yet been issued travel documents.

4.  Faruk Farah attended a prescreening interview in Kenya on December 17, 2007.

5.  At that interview, Faruk Farah was informed that a second interview was required.

6.  Faruk Farah attended a second interview in Kenya on February 28, 2008.

7.  Counsel for the government has recently been informed by United States Citizenship and Immigration Services that issuance of travel documents to Faruk Farah is on hold pending a determination of whether he must undergo a DNA test.

8.  The defendants are hopeful that they will resolve the DNA testing issue shortly.

9.  A case management conference is currently scheduled for June 10, 2008, at 1:30 p.m.

10.  Due to the DNA policy issue, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

**Last day to file/serve Joint Case Management Statement:  August 19, 2008**

**Case Management Conference:                             August 26, 2008, at 1:30 p.m.**

11.  The parties recognize that this is their seventh request for an extension of the case management conference, and thank the Court for its patience in this matter.

///
///
///
///
///
///
///
///
///

SEVENTH STIPULATION TO EXTEND
C07-2345 HRL                              2

```
 1  Date:  June  5, 2008                    Respectfully submitted,
 2                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
 3
 4
 5                                          EDWARD A. OLSEN
                                            Assistant United States Attorney
 6                                          Attorneys for Defendants
 7
 8  Date: June  5, 2008
                                            ZAKARIA F. IDLE
 9                                          ARFON M. SHERIFF
                                            Pro Se
10
11
12                                ORDER
13         Pursuant to stipulation, IT IS SO ORDERED.
14
15
    Date:   June 6, 2008
16                                          HOWARD R. LLOYD
                                            United States Magistrate Judge
17
```

SEVENTH STIPULATION TO EXTEND
C07-2345 HRL                                3

THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

by electronic means:
Edward A. Olsen edward.olsen@usdoj.gov

by other means:
Zakaria F. Idle Post Office Box 612071, San Jose, CA 95161-2071
Arfon Sheriff Post Office Box 612071, San Jose, CA 95161-2071

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered for e-filing.

June 6, 2008
Date: _____                                        __MPK_____
                                                     Chambers of Magistrate Judge Howard R. Lloyd