| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF, | ) | |
| | ) | No. C 07-2345 HRL |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | **EIGHTH STIPULATION TO EXTEND** |
| MICHAEL CHERTOFF, Secretary of the | ) | **DATE OF CASE MANAGEMENT** |
| Department of Homeland Security (DHS); | ) | **CONFERENCE; AND [PROPOSED]** |
| ALBERTO GONZALES, United States | ) | **ORDER** |
| Attorney General; | ) | |
| EMILIO T. GONZALEZ, Director of United | ) | |
| States Citizenship and Immigration Services | ) | |
| (USCIS); | ) | |
| DAVID STILL, San Francisco District Director | ) | |
| of USCIS; | ) | |
| PAUL NOVAK, Director Vermont Service | ) | |
| Center of USCIS; | ) | |
| GERARD HEINAUER, Director Nebraska | ) | |
| Service Center of USCIS; | ) | |
| ROBERT S. MUELLER, III, Director of | ) | |
| Federal Bureau of Investigation, | ) | |
| CONDOLEEZZA RICE, Secretary of the | ) | |
| Department of State, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

Idle and Faruk Farah.

2. Plaintiff Zakaria Idle's I-730 petition has been approved by USCIS and he has been issued travel documents

3. Faruk Farah's I-730 petition has been approved by USCIS, but he has not yet been issued travel documents.

4. Faruk Farah attended a prescreening interview in Kenya on December 17, 2007.

5. At that interview, Faruk Farah was informed that a second interview was required.

6. Faruk Farah attended a second interview in Kenya on February 28, 2008.

7. Counsel for the government was informed in June of 2008 by USCIS that issuance of travel documents to Faruk Farah was on hold pending a determination of whether he must undergo a DNA test.

8. Counsel for the government was informed on August 14, 2008, that USCIS has resolved the issue of whether it will require DNA testing in I-730 cases such as the present one and has decided it is not going to require such DNA testing.  However, counsel for the government was also informed on August 14, 2008, that the Government of Kenya has informed USCIS that it will require DNA evidence of the relationship of the beneficiary (Faruk Farah) and the anchor relative (Zakaria Idle).

9. USCIS is currently asking their processing partner in Nairobi, Kenya, to call this case in for DNA testing and that the processing partner will also contact the anchor relative as well.

10. A case management conference is currently scheduled for August 26, 2008, at 1:30 p.m.

11. In light of the reasonable possibility that this case will be resolved in the next 90 days, the parties respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

**Last day to file/serve Joint Case Management Statement:  November 11, 2008**

**Case Management Conference:                           November 18, 2008, at 1:30 p.m.**

12. The parties recognize that this is their eighth request for an extension of the case management conference, and thank the Court for its patience in this matter.

///

EIGHTH STIPULATION TO EXTEND
C 07-2345 HRL                                          2

1  Date:  August 19, 2008                    Respectfully submitted,

2                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
3

4                                             /s/
                                             EDWARD A. OLSEN
5                                            Assistant United States Attorney
                                             Attorneys for Defendants
6

7
                                              /s/
8  Date:  August 18, 2008                    ZAKARIA F. IDLE
                                             ARFON M. SHERIFF
9                                            *Pro Se*

10

11

12                              **ORDER**

13      Pursuant to stipulation, IT IS SO ORDERED.

14

15
    Date: _____                     _____
16                                           HOWARD R. LLOYD
                                             United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

EIGHTH STIPULATION TO EXTEND
C 07-2345 HRL                              3