JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

*e-filed 11/14/08*

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ZAKARIA F. IDLE and ARFON M. SHERIFF, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security (DHS); ALBERTO GONZALES, United States Attorney General; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services (USCIS); DAVID STILL, San Francisco District Director of USCIS; PAUL NOVAK, Director Vermont Service Center of USCIS; GERARD HEINAUER, Director Nebraska Service Center of USCIS; ROBERT S. MUELLER, III, Director of Federal Bureau of Investigation, CONDOLEEZZA RICE, Secretary of the Department of State, <br><br> Defendants. | No. C 07-2345 HRL <br><br> **NINTH STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record,

hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

Idle and Faruk Farah ("Farah").

NINTH STIPULATION TO EXTEND
C07-2345 HRL                                        1

2. Zakaria Idle's I-730 petition has been approved by the United States Citizenship and Immigration Services (USCIS) and he has been issued a travel document.

3. Farah's I-730 petition has been approved by USCIS, but he has not been able to travel to the United States.

4. Farah attended a prescreening interview in Kenya on December 17, 2007.

5. At that interview, Farah was informed that a second interview was required.

6. Farah attended a second interview in Kenya on February 28, 2008.

7. Counsel for the government was informed in June of 2008 by USCIS that issuance of a travel document to Farah was on hold pending a determination of whether he must undergo a DNA test.

8. Counsel for the government was informed on August 14, 2008, that USCIS had resolved the issue of whether it will require DNA testing in I-730 cases such as the present one and that USCIS had decided it is not going to require such DNA testing.  However, counsel for the government was also informed on August 14, 2008, that the Government of Kenya informed USCIS that it will require DNA evidence of the relationship of the Farah and the anchor relative (Zakaria Idle).

9. On October 9, 2008, counsel for the government was informed by USCIS that the DNA testing of the relationship between Farah and the anchor relative was a positive match.

10. Counsel was the government was informed by USCIS on November 10, 2008, that Farah is tentatively scheduled to travel to the United States on November 18, 2008, providing he obtains a Kenyan exit permit, which appears likely.

11. If and when Farah travels to the United States on November 18, 2008, this case will be moot.

12. In light of the reasonable probability that this case will be moot on November 18, 2009, parties respectfully ask this Court to extend the dates in the Court's scheduling order one last time, as follows:

| | |
|---|---|
| **Last day to file/serve Joint Case Management Statement:** | **December 9, 2008** |
| **Case Management Conference:** | **December 16. 2008, at 1:30 p.m.** |

NINTH STIPULATION TO EXTEND
C07-2345 HRL                                           2

12. The parties recognize that this is their ninth request for an extension of the case management conference, and thank the Court for its patience in this matter.

Date: November 10, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Edward A. Olsen*

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: November 10, 2008

*/s/*

ZAKARIA F. IDLE
ARFON M. SHERIFF
*Pro Se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: 11/14/08

HOWARD R. LLOYD
United States Magistrate Judge

NINTH STIPULATION TO EXTEND
C07-2345 HRL

3