1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney

*e-filed 12/01/08*

2 | JOANN M. SWANSON, CSBN 88143
Chief, Civil Division

3 | EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

4 |

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915

6 | FAX: (415) 436-6927

7 |

8 | Attorneys for Defendants

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN JOSE DIVISION

12 | ZAKARIA F. IDLE and ARFON M. SHERIFF,      )      No. C 07-2345 HRL
                                             )
13 |              Plaintiffs,                   )
                                             )
14 |      v.                                    )
                                             )      **STIPULATION FOR DISMISSAL and**
15 | MICHAEL CHERTOFF, Secretary of the         )      ~~[PROPOSED]~~ **ORDER**
Department of Homeland Security (DHS);        )
16 | ALBERTO GONZALES, United States            )
Attorney General;                            )
17 | EMILIO T. GONZALEZ, Director of United     )
States Citizenship and Immigration Services  )
18 | (USCIS);                                   )
DAVID STILL, San Francisco District Director )
19 | of USCIS;                                  )
PAUL NOVAK, Director Vermont Service         )
20 | Center of USCIS;                           )
GERARD HEINAUER, Director Nebraska           )
21 | Service Center of USCIS;                   )
ROBERT S. MUELLER, III, Director of          )
22 | Federal Bureau of Investigation,           )
CONDOLEEZZA RICE, Secretary of the           )
23 | Department of State,                       )
                                             )
24 |              Defendants.                   )
     _____ )

25 |      The plaintiffs, appearing *pro se*, and defendants by and through their attorneys of record,

26 | hereby stipulate, subject to the approval of the Court, to the following:

27 |      1.  Plaintiff Arfon M. Sheriff filed I-730 petitions on behalf of her family members Zakaria

28 | Idle and Faruk Farah ("Farah").

STIPULATION TO DISMISS

1    2. Zakaria Idle's I-730 petition has been approved by the United States Citizenship and

2  Immigration Services (USCIS) and he has been issued a travel document.

3    3. Farah's I-730 petition has been approved by USCIS, and he traveled to the United States on

4  November 19, 2008.

5    Therefore, the parties hereby stipulate, subject to the approval of the Court, to dismissal of the

6  action. Each of the parties shall bear their own costs and fees.

7

8  Date: November 24, 2008              Respectfully submitted,

9                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney
10

11

12                                      EDWARD A. OLSEN
                                        Assistant United States Attorney
13                                      Attorneys for Defendants

14

15  Date: November 24, 2008
                                        ZAKARIA F. IDLE
16                                      ARFON M. SHERIFF
                                        Pro Se
17

18                        **ORDER**

19    Pursuant to stipulation, IT IS SO ORDERED.

20

21

22  Date:   12/01/08

23                                      HOWARD R. LLOYD
                                        United States Magistrate Judge

24

25

26

27

28

**STIPULATION TO DISMISS**
**C07-2345 HRL**                        2